UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **TOBY ANTOINE** | : | **CIVIL ACTION NO. 18-0454** |
| **D.O.C. #482449** | | **SECTION P** |
| **VERSUS** | : | **JUDGE ROBERT G. JAMES** |
| **W.S. SANDY McCAIN** | : | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus be and hereby is **DISMISSED WITHOUT PREJUDICE.**

Monroe, Louisiana, this 17th day of May, 2018.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**